appellant. H. G. Rabinowitz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MUTH, Appellant, v. CITY OF YONKERS, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Catherine Muth, as administratrix, etc., of Peter Muth, deceased, against the City of Yonkers. No opinion. Order unanimously affirmed, with costs.

---

MURPHY v. NEW YORK PRESS CO. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Margaret Murphy against the New York Press Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1051.

---

NAGEL, Respondent, v. SPEEDWELL CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Frank Nagel against the Speedwell Construction Company, and another. No opinion. Judgment and order unanimously affirmed, with costs.

---

NASSAU BANK v. ROWE. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by the Nassau Bank against Sadie B. Rowe. No opinion. Application denied, with $10 costs. Order signed.

---

NEUMANN, Respondent, v. HUDSON COUNTY CONSUMERS' BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Frank Neumann, as administrator, etc., of Frieda Neumann, deceased, against the Hudson County Consumers' Brewing Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on authority of Neumann v. Hudson County Consumers' Brewing Co., 155 App. Div. 271, 139 N. Y. Supp. 1028.

---

NEWHOUSE, Appellant, v. MINTZ, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Sophie Newhouse against Harriet Mintz. A. O. Ernst, of New York City, for appellant. A. S. Fraser, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re NICHOLS. (Supreme Court, Appellate Division, First Department. December 19, 1913.) In the matter of Henry J. Nichols. No opinion. Referred to official referee. Settle order on notice. See, also, 142 N. Y. Supp. 1132.

---

NIEMEYER, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Anna Niemeyer, an infant, etc., by Elsie Niemeyer, her guardian ad litem, against J. Francis O'Connor. No opinion. Appeal discontinued by consent of the parties, without costs. See, also, 143 N. Y. Supp. 1132.

---

NOLAN, Appellant, v. CITY OF MT. VERNON, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Malachi Nolan against the City of Mt. Vernon.

PER CURIAM. Judgment of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event. The complaint shows that in connection with the repairing of the street a temporary crosswalk was provided for the public; that defendant either placed a dangerous obstruction on this walk or, with notice of the obstruction so placed, negligently suffered it to remain there, so that plaintiff, while lawfully walking over such crosswalk, was caused to trip and fall over such obstruction. This made a cause of action. Finkle v. Village of Valatie, 114 App. Div. 251, 99 N. Y. Supp. 715.

BURR and STAPLETON, JJ., dissent.

---

NOONE, Appellant, v. HEDDEN CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Thomas Noone, as administrator, etc., against the Hedden Construction Company. J. S. McDonogh, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

NORTHEASTERN CONST. CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Northeastern Construction Company against the City of New York. C. Mellen, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOTCHKISS, J., dissents as to first cause of action.

---

NORTHERN BANK OF NEW YORK v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Northern Bank of New York against William G. Mulligan and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 158 App. Div. 919, 143 N. Y. Supp. 1133.

---

NORTON, Respondent, v. UNITED STATES METAL PRODUCTS CO., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Thomas

J. Norton against the United States Metal Products Company. E. H. Sykes, of New York City, for appellant. J. M. Roeder, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OAKES, Appellant, v. CADILLAC HOTEL CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Chandler A. Oakes against the Cadillac Hotel Company and others. No opinion. Motion granted, with $10 costs. See, also, 147 App. Div. 937, 132 N. Y. Supp. 1139.

In re O'CONNOR. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) In the matter of the application of Anna O'Connor, also known as Anna Rogers, by her general guardian, Kate Robinson, for the revocation of letters of administration granted to John Connor. No opinion. Decree of the Surrogate's Court of Kings County, of May 1, 1913, affirmed, with costs.

O'CONNOR, Respondent, v. JOHN L. SCHWARTZ BREWING CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by David O'Connor against the John L. Schwartz Brewing Company, impleaded with others.

PER CURIAM. Judgment (135 N. Y. Supp. 794) reversed, and new trial granted, with costs to appellants to abide event. *Held*, that the evidence presented upon the trial was insufficient to show that the assignment of the liquor tax certificate and accompanying power of attorney executed by plaintiff to defendant Brewing Company was without sufficient consideration, nor is said evidence sufficient to impeach said contract for fraud; also that there was no evidence of sufficient probative force to show that the defendant Brewing Company ever failed to furnish plaintiff with ale and beer of marketable quality, and that all findings of the trial court inconsistent herewith be and the same hereby are disapproved.

O'CONNOR, Respondent, v. SEED, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Patrick O'Connor against Miles A. Seed. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict as to plaintiff's freedom from contributory negligence is against the weight of evidence.

OELBAUM et al., Appellants, v. WINER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Max Oelbaum and others against Simon J. Winer and others. B. N. Cardozo, of New York City, for appellants. H. M. Marks, of New York City, for respondents. No opinion. Order (81 Misc. Rep. 357, 141 N. Y. Supp. 1076) affirmed, with $10 costs and disbursements. Order filed.

OERTEL, Appellant, v. SIEBRECHT, Respondent. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by George L. Oertel against Henry A. Siebrecht. J. Zelenko, of New York City, for appellant.

PER CURIAM. Order affirmed with $10 costs and disbursements. Order filed.

LAUGHLIN and DOWLING, JJ., dissent.

O'GRADY, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by John O'Grady against the Solvay Process Company. No opinion. Motion for leave to appeal to Court of Appeals (from 143 N. Y. Supp. 1133) denied, with $10 costs.

In re OPENING FOURTEENTH ST. FROM BROADWAY TO MITCHELL AVE. IN BOROUGH OF QUEENS. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) In the matter of the opening of Fourteenth Street from Broadway to Mitchell Avenue, in the Borough of Queens. Application of Frank Dickerson to compel payment of an award, etc.

PER CURIAM. Motion denied, on the ground that there was no intentional contempt by the comptroller, with the privilege of renewing in case of further refusal to make such payment. We think that, in the absence of a stay on appeal, the order became immediately operative.

In re OPENING ROBINSON ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) In the matter of the opening of Robinson Street, from Bedford Avenue to New York Avenue, etc. No opinion. Order affirmed, with $10 costs and disbursements.

ORSHANSKY v. SAFFERSON & WEISBERG CO. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Louis Orshansky against the Safferson & Weisberg Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

OSSINING NAT. BANK, Respondent, v. BLAKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by the Ossining National Bank against Michael Blake and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1133) denied.

OTTINGER et al., Respondents, v. BENNETT et al., Appellants. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Max Ottinger and